United States District Court
Southern District of Texas
**ENTERED**
March 04, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Grande Produce, Ltd. Co.,, et al.  §<br>§<br>*Plaintiff,*  §<br>§<br>v.  §<br>§<br>Produce & More Enterprise LLC,, et al.  §<br>§<br>*Defendant.*  § | CIVIL ACTION 4:23−cv−00313 |

### CONDITIONAL DISMISSAL ORDER

The Court has been advised that a settlement has been reached between the parties. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, unless any party represents in writing filed with the Court on or before **4/18/2024** that the settlement could not be completely documented.

All pending motions are hereby **DENIED, as moot.**

Signed the 4th of March 2024.

_____
George C. Hanks, Jr.
United States District Judge