United States District Court
Southern District of Texas
**ENTERED**
May 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **GRANDE PRODUCE, LTD. CO.,** *et al.*, | Case No. 4:23-cv-00313 |
| **Plaintiffs,** | |
| vs. | |
| **PRODUCE & MORE ENTERPRISE LLC,** *et al.*, | |
| **Defendants.** | |

### ORDER GRANTING STIPULATION FOR DISMISSAL OF CLAIMS AGAINST DEFENDANT, ANTANA CAPITAL SAPI DE CV, ONLY, WITH PREJUDICE

In accordance with FRCP 41(a)(1)(A)(ii), Plaintiffs, Grande Produce, Ltd. Co. and B & M Avocados, LLC dismiss their respective claims against Defendant, Antana Capital Sapi De CV, a/k/a Antana Capital Sapi De CV Corporation, only, with prejudice and with each party responsible for its own attorneys' fees and costs.

This Stipulation does not impact Plaintiffs' claims against Produce & More Enterprise, LLC. Its bankruptcy remains pending and, therefore, stays Plaintiffs' claims under 11 U.S.C. §362.

It is so ORDERED on this 8th day of May 2024.

_____
GEORGE C. HANKS, JR
UNITED STATES DISTRICT JUDGE

Page 1

**STIPULATED BY THE PARTIES:**

Dated: May 6, 2024.  **MEUERS LAW FIRM, P.L.**

By:/s/ Steven M. De Falco
Steven M. De Falco
Southern District Tx Fed. Id No. 884872
5395 Park Central Court
Naples, FL 34109
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
sdefalco@meuerslawfirm.com

*Attorneys for Plaintiffs, Grande Produce, Ltd. Co. and B & M Avocados, LLC*

Dated: May 6, 2024.  **HOPKINS | CENTRICH**

By:/s/ Kirby D. Hopkins
Kirby D. Hopkins
Texas Bar No. 24034488
hopkins@hopkinscentrich.com
Joseph P. Crescenzo
Texas Bar No. 24072052
jcrescenzo@hopkinscentrich.com
Stephen K. Currie
Texas Bar No. 24109778
scurrie@hopkinscentrich.com
8701 New Trails Drive, Suite 200
The Woodlands, TX 77381
Telephone: (281) 210-0140
Facsimile: (832) 202-0399

*Attorneys for Defendant, Antana Capital Sapi de CV*